**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YASHUA SHEKHEM EL,

                Plaintiffs,

-against-                      24 **CIVIL** 0730 (KMK)

**JUDGMENT**

AMANDA HILLER, et al.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2025, the Court grants Defendants' Motion to Dismiss and denies Defendants' Motion for a Filing Injunction; accordingly, the case is closed.

**Dated:** New York, New York

    March 24, 2025

                                            **TAMMI M HELLWIG**
                                              **Clerk of Court**

                    BY:

                                              **Deputy Clerk**